THIS OPINION HAS NO PRECEDENTIAL 
 VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Anthony Harley, Appellant. 
 
 
 
 

Appeal From Lexington 
 County
 Marc H. Westbrook, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-302
 Submitted February 20, 2004 
 Filed May 6, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellate 
 Defender Wanda P. Hagler, Office of Appellate Defense, of Columbia, 
 of Ridgeland, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor 
 Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:Anthony Harley 
 appeals his conviction and sentence for injuring a railroad.Harleys appellate 
 counsel has petitioned to be relieved as counsel, stating she has reviewed the 
 record and has concluded Harleys appeal is without merit.The issue briefed 
 by counsel concerns whether the trial court erred accepted Harleys guilty plea 
 without advising him of the sentencing consequences.Harley has not filed any 
 materials on his own behalf.
After 
 a review of the record as required by Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we hold there are no directly appealable issues that are arguable on their merits.
 Accordingly, we dismiss Harleys appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.